```
                   UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF FLORIDA
                          TAMPA DIVISION
```

DWIGHT RIVERS,

        Plaintiff,
v.                                     Case No. 8:13-cv-438-T-33MAP

DATAMAX CORPORATION,

        Defendant.
_____/

## ORDER APPOINTING MEDIATOR

Pursuant to the Notice of Scheduled Mediation (Doc. # 10) filed on April 19, 2013, and in accordance with the rules governing mediation set forth in Chapter Nine of the Rules of the United States District Court for the Middle District of Florida, it is **ORDERED** that the following individual is hereby **APPOINTED** by the Court to serve as Mediator in this action:

    **Name of Mediator:**   James Betts, Esq.
    **Address:**   710 South Boulevard
                   Tampa, Florida 33606
    **Telephone:**   (813)254-3302

By agreement of the parties, the mediation conference is scheduled for **October 11, 2013, at 9:00 a.m.** at 1st Choice Reporting, 201 N. Franklin Street, Suite 1775, Tampa, Florida 33602.  The parties are directed to mediate in good faith and to fully and faithfully explore every

settlement opportunity. Furthermore, the Court directs that all counsel, parties, corporate representatives, and any other required claims professionals shall be present at the mediation conference with full authority to negotiate a settlement. The Court does not allow mediation by telephone or video conference. Personal attendance is required. See Local Rule 9.05(c).

**DONE** and **ORDERED** in Tampa, Florida, this 22nd day of April, 2013.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:   All Counsel of Record
          Mediator James R. Betts, Esq.
          710 South Boulevard
          Tampa, Florida 33606